UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 MAY -8 P 4:26

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> **Alexander Andres-Suarez** ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. **08mj1238** <br> ORDER <br> RELEASING MATERIAL WITNESS <br> Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as ~~a material~~ witness be released from custody: (Bond Posted / Case Disposed /(Order of Court).)

**Rosalinda Campos-Medina**

DATED: **5-8-08**

**JAN M. ADLER**
───────────────────────────────
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ──────────────
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by *Rhee F Rhee*

Deputy Clerk