FILED
2008 JUL -9 AM 11:20
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. 08CR01500-001-JM |
| v. | O R D E R |
| ALEXANDER ANDRES-SUAREZ, | |
| Defendant. | |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for August 15, 2008 is vacated and reset to September 26, 2008 at 9:00 a.m..

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 7/8/08

Jeffrey T. Miller
U.S. District Judge

cc: all counsel of record