UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08-cr-1500-JM |
| Plaintiff, | ) ) | ORDER TO CONTINUE SENTENCING DATE |
| v. | ) ) | |
| **ALEXANDE ANDRES-SUAREZ**, | ) ) | |
| Defendant. | ) ) | |

GOOD CAUSE APPEARING, it is hereby ordered that the presently scheduled before the Honorable Jeffrey T. Miller for September 26, 2008 at 9:00 a.m. be continued to November 7, 2008, at 9:00 a.m. Mr. Andres-Suarez is in custody and both parties have filed motions. The court finds that time is excludable under the Speedy Trial Act.

DATED: September 19, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge